

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:       01-13-00970-CV

Style:       In the Interest of T.M.D, Jr., B.M.D., Z.T.D and E.M.D., children

      **v** Department of Family and Protective Services

Date motion filed[*]:       February 21, 2014

Type of motion:       Motion for Extension of Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's Brief

If motion to extend time:

      Original Due Date:       February 24, 2014

      Number of previous extensions granted:    0

      Date Requested:       No date specified

Ordered that motion is:

      ☑     Granted
           If document is to be filed, document due: **March 14, 2014**

           ☐    The Clerk is instructed to file the document as of the date of this order
           ☑    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐     Denied

      ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's brief was due on February 24, 2014. On February 21, 2014, appellant filed a motion requesting an unspecified extension of time to file appellant's brief. Appellant stated that extension request is due to her needing a supplemental reporter's record containing the transcript for the January 16, 2014 hearing on appellant's motion for a new trial. The supplemental reporter's record was filed on February 27, 2014.

Appellant's motion is **granted**. Appellant's brief is due on **March 14, 2014**. Appellee's brief is due **20 days after the filing of appellant's brief**. In light of the short time available to resolve this appeal, no further briefing extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Michael Massengale
           ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 27, 2014